No. 809. JAMES C. DAVIS, DIRECTOR GENERAL AND AGENT, v. JOHN P. BARBEE. March 10, 1924. Petition for a writ of certiorari to the Supreme Court of the State of North Carolina denied. *Mr. H. O'B. Cooper, Mr. W. M. Hendren* and *Mr. A. A. McLaughlin* for petitioner. *Mr. R. C. Strudwick* for respondent.

---

No. 821. KANSAS CITY TERMINAL RAILWAY COMPANY ET AL. v. CENTRAL UNION TRUST COMPANY OF NEW YORK, TRUSTEE, ETC., ET AL. March 10, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward J. White, Mr. N. H. Loomis, Mr. Bruce Scott, Mr. Gardiner Lathrop, Mr. Samuel W. Sawyer, Mr. H. H. Field, Mr. W. F. Dickinson, Mr. N. S. Brown* and *Mr. F. H. Moore* for petitioners. *Mr. Edward Cornell, Mr. Edward C. Eliot* and *Mr. Leonard D. Adkins* for respondents. *Mr. Joseph M. Bryson* and *Mr. C. S. Burg,* by leave of Court, as *amici curiae.*

---

No. 833. PITTSBURGH & LAKE ERIE RAILROAD COMPANY v. JACOB McDONALD. March 10, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. William A. Seifert* for petitioner. *Mr. Cornelius D. Scully* for respondent.

---

No. 822. GEORGE F. ROCKHOLD, TRUSTEE, v. ISAAC DANIEL BUIE, BANKRUPT. March 10, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. M. Etheridge* and *Mr. J. M. McCormick* for petitioner. No appearance for respondent.

---

No. 828. FARMERS & MECHANICS NATIONAL BANK v. W. W. WILKINSON, TRUSTEE. March 10, 1924. Petition